**KIRKLAND v. ELLIS**

[350 N.C. 62 (1999)]

CORENA HONEYCUTT KIRKLAND v. MATTHEW DARREN ELLIS AND CHARLES ELLIS

No. 351PA98

(Filed 5 February 1999)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished opinion of the Court of Appeals, 130 N.C. App. 341, 505 S.E.2d 923 (1998), affirming an order entered by Caviness, J., on 6 January 1998 in Superior Court, McDowell County. Heard in the Supreme Court 13 January 1999.

*Byrd, Byrd, Ervin, Whisnant, McMahon & Ervin, P.A., by Robert C. Ervin, for plaintiff-appellee.*

*Cogburn, Goosmann, Brazil & Rose, P.A., by Steven D. Cogburn, for defendant-appellants.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.